UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY M. DOOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01113 ERW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion to Dismiss is **GRANTED**, and the Plaintiff's Complaint is **DISMISSED, with prejudice**.

Dated this 21st Day of May, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE